The COURT:

Application for a writ of mandamus. Upon the authority of *Kalloch* v. *The Superior Court of the City and County of San Francisco*, 56 Cal. 229, writ denied.

---

[No. 10,553.—In Bank.]

## I. M. KALLOCH *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

MANDAMUS—CONSTITUTIONAL LAW—INFORMATION.

*Henry E. Highton*, and *T. B. Shapter*, for Plaintiff.

*Alexander Campbell, Jr.*, for Defendant.

The COURT:

Application for a writ of review. Upon the authority of *Kalloch* v. *The Superior Court of the City and County of San Francisco*, 56 Cal. 229, writ denied.

---

[No. 10,554.—In Bank.]

## I. M. KALLOCH *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

MANDAMUS—CONSTITUTIONAL LAW—INFORMATION.

*Henry E. Highton*, and *T. B. Shapter*, for Plaintiff.

*Alexander Campbell, Jr.*, for Defendant.

The COURT:

Upon the authority of *Kalloch* v. *The Superior Court of the City and County of San Francisco*, 56 Cal. 229, writ dismissed and petitioner remanded.